DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CARLOS A. NUNEZ XENES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-977
_____

September 16, 2022

Appeal from the County Court for Hendry County; Darrell R. Hill, Judge.

Wayne R. Atkins and Matthew J. Troccoli of Xander Law Group, P.A., Miami, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Chelsea N. Simms, Assistant Attorney General, Tampa; and Allison C. Heim, Assistant Attorney General, Tampa, (substituted as counsel of record), for Appellee.


PER CURIAM.

Affirmed. *See State v. Stahl*, 206 So. 3d 124 (Fla. 2d DCA 2016). *But see Garcia v. State*, 302 So. 3d 1051 (Fla. 5th DCA

2020), *review granted*, SC20-1419, 2020 WL 7230441 (Fla. Dec. 8, 2020) (certifying conflict with *Stahl*, 206 So. 3d 124, and certifying questions related to whether defendants can be compelled to orally disclose a smartphone passcode).

SILBERMAN, ATKINSON, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.